UNITED STATES DISTRICT COURT

**FILED**

JAN 10 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

)
LAMARR ROWELL,                          )
                                        )
                Petitioner,             )
                                        )
        v.                              )        Civil Action No.  **12 0031**
                                        )
WILLIAM K. SUTER, *et al.*,             )
                                        )
                Respondents.            )
_____)

## MEMORANDUM OPINION

This matter is before the Court for consideration of petitioner's application to proceed *in forma pauperis* and *pro se* petition. The Court will grant the application and dismiss the petition.

Petitioner has submitted petitions and motions to the Supreme Court, and these submissions either have been returned because they did not comply with Supreme Court rules, *see generally* Compl. ¶¶ 2-15, or have not been returned at all, *see id.* ¶¶ 16, 18. According to petitioner, "[t]here is no legally valid reason for the [respondents] to reject [his] documents, yet by refusing to accept his submissions, the [respondents] deprived [him] of his right to access the Supreme Court in a meaningful manner." *Id.* at 7. Petitioner demands an a court order directing respondents "to grant . . . court review to determine whether the rejections . . . was [sic] error." *Id.*

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable

1

rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Justices of the Supreme Court and by the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court officials have absolute immunity for actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

United States District Judge

DATE : 1/4/12

2